IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEZKAE B. JACKSON : CIVIL ACTION

v. :

MICHAEL ASTRUE, et al. : NO. 08-5555

## ORDER

AND NOW, this 9th day of April, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review (#6) is DENIED.

3. Judgment is entered in favor of the Defendant, AFFIRMING the Decision of the Commissioner of Social Security.

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.